UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Chany Fulop,

   individually and on behalf of all others similarly situated,
Plaintiff,

   -v.-

AR Resources, Inc.,

                                   Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:22-cv-2872

## JOINT STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 7, 2022

| For Plaintiff Chany Fulop | For Defendant AR Resources, Inc. |
|---|---|
| */s/ Christofer Merritt*<br>Christofer Merritt<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>cmerritt@steinsakslegal.com | */s/ Thomas Rees*<br>Thomas Rees<br>High Swartz LLP<br>40 East Airy Street<br>Norristown, PA 19401<br>Ph: (610) 275-0700<br>trees@highswartz.com |

1

## CERTIFICATE OF SERVICE

I certify that on December 7, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Christofer Merritt*
Christofer Merritt
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 12/8/2022

/s/Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

2